TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00560-CV

Service Lloyds Insurance Company, Appellant

v.

Texas Workers' Compensation Commission; Leonard W. Riley, Jr., Executive Director

of the Texas Workers' Compensation; and Bruce R. Richard , Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. GN0-01016, HONORABLE CHARLES CAMPBELL, JUDGE PRESIDING

PER CURIAM

 Appellant Service Lloyds Insurance Company has filed an unopposed motion to
dismiss its appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Kidd and Yeakel

Dismissed on Appellant's Motion

Filed: September 29, 2000

Do Not Publish